**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MYRON POLLARD**                                                                                       **PLAINTIFF**

**V.**                                       **CIVL ACTION NO. 4:20CV-166-GHD-JMV**

**COAHOMA COUNTY, MISSISSIPPI; ET AL.**                  **DEFENDANTS**

**AND**

**MYRON POLLARD**                                                                                  **PLAINTIFF**

**V.**                                      **CIVL ACTION NO. 4:20CV-176-DMB-JMV**

**CHARLES JONES, SHERIFF OF COAHOMA
COUNTY, STATE OF MISSISSIPPI IN HIS OFFICAL
CAPCITY; ET AL.**                                                                           **DEFENDANTS**

## ORDER CONSOLIDATING CASES

These cases are before the Court on Defendants' motions to consolidate. Having duly considered the motions, the record, and Plaintiff's counsel's representations that Plaintiff does not oppose the motions, the Court is of the opinion that the motions should be granted pursuant to Rule 42 of the *Federal Rules of Civil Procedure* because these cases involve common questions of law and fact.

**THEREFORE, IT IS ORDERED** that the Defendants' motions to consolidate are **GRANTED**, and these cases are consolidated for all purposes, including trial. Cause No. 4:20cv166-GHD-JMV shall be designated as the lead case, and all filings shall be made in said cause. The Clerk is directed to amend the record accordingly.

This 30th day of October, 2020.

                                                                        /s/ Jane M. Virden
                                                                        UNITED STATES MAGISTRATE JUDGE