# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MYRON POLLARD**                                                              **PLAINTIFF**

**V.**                                     **CIVL ACTION NO. 4:20CV-166-GHD-JMV**

**COAHOMA COUNTY, MISSISSIPPI; ET AL.**                **DEFENDANTS**

**AND**

**MYRON POLLARD**                                                              **PLAINTIFF**

**V.**                                     **CIVL ACTION NO. 4:20CV-176-GHD-JMV**

**CHARLES JONES, SHERIFF OF COAHOMA**
**COUNTY, STATE OF MISSISSIPPI IN HIS OFFICAL**
**CAPCITY; ET AL.**                                                       **DEFENDANTS**

## **ORDER**

Consistent with findings made during a hearing held on June 2, 2021, case management order deadlines are amended, *sua sponte*, as follows:

| | |
|---|---|
| Discovery | October 14, 2021 |
| *Daubert* and Dispositive Motions | November 8, 2021 |

IT IS FURTHER ORDERED that fourteen (14) days prior to the expiration of the discovery period, Plaintiff must supplement his pending motion [38] to set aside deemed admissions, addressing therein—with respect to each request for admission at issue—the requisite legal standard for doing so. Seven (7) days thereafter (one week prior to the discovery deadline), Defendants must supplement their response in similar fashion.

SO ORDERED this 3rd day of June, 2021.

                                                                     /s/ Jane M. Virden
                                                                     UNITED STATES MAGISTRATE JUDGE